**Order entered July 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00123-CV

### BRINSON BENEFITS, INC., Appellant

### V.

### LINDA HOOPER, SEAN SENDELBACH AND HOLMES MURPHY & ASSOCIATES, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07520**

## ORDER

Before the Court is appellant's July 23, 2015 letter, attached to this order, informing the Court that certain exhibits contained in volume 20 of the reporter's record were ordered sealed by the trial court, yet the reporter filed them unsealed. Appellant requests to have those exhibits removed from the record and access to them restricted. We construe the letter as a motion and **GRANT** the motion to the extent we **STRIKE** volume 20 of the reporter's record and **ORDER** court reporter David W. Langford to refile volume 20 with the unsealed exhibits only. We further **ORDER** Mr. Langford to file, under seal, volume 21 with the exhibits identified in the attached letter. The record of the exhibits shall be filed no later than August 10, 2015.

/s/     CRAIG STODDART
              JUSTICE